UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80104-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

CHARLES THOMAS SMITH,

        Defendant.

_____/

## FACTUAL PROFFER

The United States of America and **CHARLES THOMAS SMITH** ("defendant") agree that if this case had gone to trial, the government would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida:

In the late afternoon on June 6, 2011, defendant posted an ad on Craigslist entitled "seeking a sexually submissive girl!!-m4w-32 (Pompano)." About an hour later Detective Charles Ramos of the City of Boynton Beach discovered the ad while he was searching for potential sexual predators on Craigslist. The ad displayed an image of an adult erect penis with text that explicitly and graphically described a variety of sexual activities defendant was soliciting. Detective Ramos responded to the ad in an undercover capacity via e-mail using a Yahoo! email account. Moments later, the undercover received an e-mail from **charliesmith78@yahoo.com**. The e-mail read "Thanks Molly, sucks you're not of age." The undercover replied "Wat evr Bye." The defendant immediately reinitiated contact and exchanged a series of emails with whom he believed to be a 15 year old girl. He explicitly described again the sort of sexual activity he was seeking. He asked how much sexual

1

experience she has. He claimed he was "clean," always used protection, and would buy some more that night. They agreed to meet the next morning. He said he would pick her up near her house after her mom left for work. They exchanged photos and cell phone numbers.

On the morning of June 7, 2011, defendant and the undercover detective exchanged additional emails and text messages to arrange a meeting time and place. In those messages, defendant again made clear that they were meeting for the purpose of engaging in sexual activity. Defendant texted that he was arriving in a silver BMW. A Florida Department of Motor Vehicle records check confirmed a 2004 silver BMW was registered to defendant, and shortly before 11 a.m., defendant arrived at the meeting place in his silver BMW. When approached by law enforcement, defendant spontaneously stated "she contacted me," "I never sent pictures," "You have nothing . . . maybe intent." Defendant also made a recorded, post-Miranda statement. He admitted to posting the above-mentioned ad on Craigslist and to sending e-mail messages from the address **charliesmith78@yahoo.com** and texting messages from his phone to someone who responded to his ad. He admitted he knew the girl he intended to meet was fifteen, but claimed he didn't know whether he was going to have sex with her.

At time of arrest defendant gave written consent to search his computer. The investigation revealed that defendant posted scores of similar ads during the previous months and possessed child pornography videos.

Accordingly, the government would have proven beyond a reasonable doubt that: (1) defendant attempted to knowingly persuade, induce, entice, or coerce a minor to engage in sexual activity, as charged; (2) defendant used Yahoo! Inc. (a means of interstate commerce) to do so; (3) defendant attempted to do these acts with someone who was less than 18 years old;

and (4) defendant's engaging in such sexual activity could have been charged as a criminal offense under Florida law.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 8/8/2011      By: _____
                        BRANDY BRENTARI GALLER
                        ASSISTANT UNITED STATES ATTORNEY

Date: 8/8/11        By: _____
                        ROBERT BERUBE, AFPD
                        ATTORNEY FOR DEFENDANT

Date: 8/8/11        By: _____
                        CHARLES THOMAS SMITH
                        DEFENDANT

3